UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENERGY INTELLIGENCE GROUP, INC.,

        Plaintiff,

     -against-

MUFG UNION BANK, N.A.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16cv3652

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

      The parties having appeared for a conference on December 16, 2016, the following is entered on consent:

(1) Targeted discovery for the motion will be completed by February 16, 2017;

(2) Defendant will file its motion on March 2, 2017;

(3) Plaintiff will file its opposition on March 23, 2017;

(4) Defendant will file its reply on March 31, 2017;

(5) Plaintiff will file its sur-reply on April 7, 2017; and

(6) The parties shall appear for an oral argument on May 5, 2017 at 11:30 a.m.

Dated: December 22, 2016
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.