# EXHIBIT I

| | |
|---|---|
| **From:** | Energy Intelligence-Renewal Notice |
| **Sent:** | Thursday, October 23, 2008 2:23 PM |
| **To:** | 'florisa.arroyo@uboc.com' |
| **Subject:** | Renewal Notice #1 |



5 East 37th Street 5th Floor
New York, NY 10016-2807
E-Mail: : customerservice@energyintel.com
Phone: 212-532-3405  Fax: 212-532-4479

October 23, 2008

Order #2453221/**MR1**
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
Los Angeles CA  90071-1655


To:  Ms. Florisa Arroyo,

It has certainly been a dynamic and challenging year for the energy sector. "**Natural Gas Week**" has invested significantly to keep you informed and updated with timely intelligence, news and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to "**Natural Gas Week**" expires **February 16, 2009"**. Take a moment, complete the attached form and return it with your payment. To pay by credit card, fax the attached renewal form to 1-212-532-4479, call 1-212-532-1112 or email us at subscriptions@energyintel.com. We will process your renewal immediately!

Continue to rely on the best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

*Please return this portion with your payment.  **MR1***

| **Publication:** Natural Gas Week | | **Frequency:** Weekly - Monday | |
|---|---|---|---|
| **Current Format:** Email | | **Expiration Date:** February 16, 2009 | |
| **Web Full Archives** | **Web Standard** | **Email** | **Print Edition** |
| ☐   $2,140 | ☐   $1,780 | ☐   $2,020 | ☐   $2,300 |

Bill to:
Order #2453221
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
Los Angeles CA  90071-1655

Ship to:

Mr. Art Padgett
Union Bank of CA
445 South Figueroa St.
15th Fl.
Los Angeles CA  90071-1655

E-Mail Address (Required for Web and E-Mail Subscriptions): florisa.arroyo@uboc.com

<u>Please note new Account number below for Wire Transfer Payments!</u>

**Methods of Payment:**
**Credit Card Information:**

Credit Card # _____   MasterCard/VISA/American Express

Signature_____   Expiration Date: _____

**Checks: (send to:**                                              **Wire Transfers:**

1

Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.



**Please include above order number to ensure payment is applied to correct account.**

### Energy Intelligence Subscription Agreement

By payment of the attached invoice, you agree to the following terms and conditions governing the subscription(s) to the publication(s) and/or service(s) that are described on the front of this invoice and furnished by Energy Intelligence Group, Inc. ("EIG").

**Copyright Policy**
All text, images, content and other materials contained in or displayed on any EIG publication, product, service, report, e-mail or web site are proprietary to EIG, except where otherwise noted, and constitute valuable intellectual property subject to the copyright laws of the United States, international conventions and other copyright laws. The subscription(s) for the publication(s) identified on the front of this Invoice is for the sole use and/or access by the individual(s) or the employee(s) of the entity identified under the "Shipped to" notation on front of this Invoice only ("Authorized User(s)") and may not be shared electronically or by any means now known throughout the universe or hereinafter devised. The number of Authorized Users listed on the front of this Invoice may not be exceeded and an Authorized User is only an individual and never an entire entity, organization or company. No text, image, content and/or material from any part of any EIG publication, product, service, report, e-mail or web site may be downloaded, transmitted, broadcast, transferred, assigned, reproduced, made available or in any other way used or otherwise disseminated in any form now known or hereinafter devised to any person or entity other than the total number of Authorized User(s) without the express written consent of EIG. Each unauthorized access, reproduction or use of or to any text, image, content or material from any EIG publication ("Unauthorized Reproduction") shall be deemed a willful infringement(s) of EIG's copyrights and other proprietary and intellectual property rights. As determined in EIG's sole discretion, the damages for each Unauthorized Reproduction will be the maximum amount allowed as statutory damages under the Copyright Act, or EIG's Pay-per-Article pricing for the total number of articles in each Unauthorized Reproduction. EIG expressly reserves all rights in connection with its intellectual property, including without limitation, the right to block the transfer of its publications, products and/or services and/or to track usage thereof, through electronic tracking technology, and all other lawful means, now known or hereafter devised. EIG reserves the right, without further notice, to pursue to the fullest extent allowed by the law any and all criminal and civil remedies for the violations of its rights. For permission to photocopy and/or use any of EIG's publications beyond the scope of this Agreement, please access the appropriate article at www.energyintel.com and follow the instructions for Pay-per-Article.

These Energy Intelligence Terms and Conditions contain the complete and exclusive agreement between you and EIG relating to the subscription(s) for the publication(s) and number of Authorized Users identified on the front of this invoice, and supersede any prior proposals, understandings, subscriptions and other agreements, oral or written. These Energy Intelligence Terms and Conditions may not be amended and/or modified without the express written consent of Energy Intelligence Group, Inc.

**Disclaimer and Limitation of Liability**
EIG SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PUBLICATIONS OR SERVICES OR ANY INFORMATION PROVIDED THROUGH OR IN CONNECTION WITH THE PUBLICATIONS OR SERVICES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF ANY INFORMATION AVAILABLE ON OR THROUGH THE PUBLICATIONS AND/OR THE SERVICES.

In no event shall EIG, its affiliates, employees, agents or representatives be liable for any indirect, consequential, special, incidental or punitive damages (including, without limitation, errors or omissions in the Publications) in connection with this Agreement or in the use of the Services.

**Refund and Privacy Policy**
EIG does not provide cash refunds but will at its sole discretion issue credits for other publications if for any reason you are not satisfied with a publication or other service that you have purchased. Credits expire within one year of cancellation.

The information we collect from you when you purchase or renew an EIG product is principally used to fulfill your order. On occasion, we may use this information to alert you about new Energy Intelligence products and features that we believe may be of interest to you or your organization. On an occasional basis, we may also pass this information to select outside companies whose products or services we feel may be of interest to your business. We do not, at any time, provide our subscriber names for list rental.

If you have any questions about our privacy practices, or prefer not to receive promotional materials from us, please e-mail us at marketing@energyintel.com or contact the marketing department via mail or telephone.

**Customer Service**
For any delivery problems or e-mail, address, phone or fax changes, please e-mail customerservice@energyintel.com. Please be sure to include your customer number, full subscriber/company name and address in your e-mail. You may also phone: 1-212-532-1112, or fax: 1-212-532-4479.

Confidential                                                                                                                                           EIGvMUFG000010

| | |
|---|---|
| **From:** | Energy Intelligence-Renewal Notice |
| **Sent:** | Friday, October 23, 2009 6:50 PM |
| **To:** | 'florisa.arroyo@uboc.com' |
| **Subject:** | Renewal Notice #1 |



5 East 37th Street 5th Floor
New York, NY 10016-2807
E-Mail: : customerservice@energyintel.com
Phone: 212-532-1112   Fax: 212-532-4479

October 23, 2009

Order #2569088/**MR1**
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
Los Angeles CA  90071-1655


To:  Ms. Florisa Arroyo,

The global energy industry has been facing great challenges and volatility. To meet the demands of this dynamic environment, **"Natural Gas Week"** has invested significantly to keep you informed and updated with timely intelligence, news, and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to **"Natural Gas Week"** expires **February 15, 2010**. Take a moment, complete the form below and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal immediately.

Continue to rely on the industry's best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

---

*Please return this portion with your payment.*  **MR1**

| **Publication:** Natural Gas Week | | **Frequency:** Weekly - Monday | |
|---|---|---|---|
| **Current Format:** Email | | **Expiration Date:** February 15, 2010 | |
| **Web Full Archives** | **Web Standard** | **Email** | **Print Edition** |
| ☐  $2,230 | ☐  $1,870 | ☐  $2,130 | ☐  $2,410 |

Bill to:
Order #2569088
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
Los Angeles CA  90071-1655

Ship to:

Mr. Art Padgett
Union Bank of CA
445 South Figueroa St.
15th Fl.
Los Angeles CA  90071-1655

E-Mail Address (Required for Web and E-Mail Subscriptions): florisa.arroyo@uboc.com

---

<u>*Please note new Account number below for Wire Transfer Payments as of August 2009!*</u>

**Checks:** (send to:)
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.



1

Please include above order number to ensure payment is applied to correct account.

By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown below.

### Energy Intelligence Subscription Agreement

By payment of the attached invoice, you agree to the following terms and conditions governing the subscription(s) to the publication(s) and/or service(s) that are described on the front of this invoice and furnished by Energy Intelligence Group, Inc. ("EIG").

**Copyright Policy**
All text, images, content and other materials contained in or displayed on any EIG publication, product, service, report, e-mail or web site are proprietary to EIG, except where otherwise noted, and constitute valuable intellectual property subject to the copyright laws of the United States, international conventions and other copyright laws. The subscription(s) for the publication(s) identified on the front of this Invoice is for the sole use and/or access by the individual(s) or the employee(s) of the entity identified under the "Shipped to" notation on front of this Invoice only ("Authorized User(s)") and may not be shared electronically or by any means now known throughout the universe or hereinafter devised. The number of Authorized Users listed on the front of this Invoice may not be exceeded and an Authorized User is only an individual and never an entire entity, organization or company. No text, image, content and/or material from any part of any EIG publication, product, service, report, e-mail or web site may be downloaded, transmitted, broadcast, transferred, assigned, reproduced, made available or in any other way used or otherwise disseminated in any form now known or hereinafter devised to any person or entity other than the total number of Authorized User(s) without the express written consent of EIG. Each unauthorized access, reproduction or use of or to any text, image, content or material from any EIG publication ("Unauthorized Reproduction") shall be deemed a willful infringement(s) of EIG's copyrights and other proprietary and intellectual property rights. As determined in EIG's sole discretion, the damages for each Unauthorized Reproduction will be the maximum amount allowed as statutory damages under the Copyright Act, or EIG's Pay-per-Article pricing for the total number of articles in each Unauthorized Reproduction. EIG expressly reserves all rights in connection with its intellectual property, including without limitation, the right to block the transfer of its publications, products and/or services and/or to track usage thereof, through electronic tracking technology, and all other lawful means, now known or hereafter devised. EIG reserves the right, without further notice, to pursue to the fullest extent allowed by the law any and all criminal and civil remedies for the violations of its rights. For permission to photocopy and/or use any of EIG's publications beyond the scope of this Agreement, please access the appropriate article at www.energyintel.com and follow the instructions for Pay-per-Article.

These Energy Intelligence Terms and Conditions contain the complete and exclusive agreement between you and EIG relating to the subscription(s) for the publication(s) and number of Authorized Users identified on the front of this invoice, and supersede any prior proposals, understandings, subscriptions and other agreements, oral or written. These Energy Intelligence Terms and Conditions may not be amended and/or modified without the express written consent of Energy Intelligence Group, Inc.

**Disclaimer and Limitation of Liability**
EIG SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PUBLICATIONS OR SERVICES OR ANY INFORMATION PROVIDED THROUGH OR IN CONNECTION WITH THE PUBLICATIONS OR SERVICES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF ANY INFORMATION AVAILABLE ON OR THROUGH THE PUBLICATIONS AND/OR THE SERVICES.

In no event shall EIG, its affiliates, employees, agents or representatives be liable for any indirect, consequential, special, incidental or punitive damages (including, without limitation, errors or omissions in the Publications) in connection with this Agreement or in the use of the Services.

**Refund and Privacy Policy**
EIG does not provide cash refunds but will at its sole discretion issue credits for other publications if for any reason you are not satisfied with a publication or other service that you have purchased. Credits expire within one year of cancellation.

The information we collect from you when you purchase or renew an EIG product is principally used to fulfill your order. On occasion, we may use this information to alert you about new Energy Intelligence products and features that we believe may be of interest to you or your organization. On an occasional basis, we may also pass this information to select outside companies whose products or services we feel may be of interest to your business. We do not, at any time, provide our subscriber names for list rental.

If you have any questions about our privacy practices, or prefer not to receive promotional materials from us, please e-mail us at marketing@energyintel.com or contact the marketing department via mail or telephone.

**Customer Service**
For any delivery problems or e-mail, address, phone or fax changes, please e-mail customerservice@energyintel.com. Please be sure to include your customer number, full subscriber/company name and address in your e-mail. You may also phone: 1-212-532-1112, or fax: 1-212-532-4479.

Confidential

EIGvMUFG000008

October 20, 2010

Order #2667189/MR1
EBSCO Subscription Services
PO Box 1943
Birmingham AL  35201-1943
PO#B5967447

To:  EBSCO Subscription Services,

The global energy industry has been facing great challenges and volatility. To meet the demands of this dynamic environment, "**Natural Gas Week**" has invested significantly to keep you informed and updated with timely intelligence, news, and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to "**Natural Gas Week**" expires **February 14, 2011**. Take a moment, complete the attached form and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal immediately.

Continue to rely on the industry's best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

*Please correct name, e-mail and address if necessary and return this portion with your payment.* **MR1**

| **Publication:** Natural Gas Week | | **Frequency:** Weekly - Monday | |
|---|---|---|---|
| **Current Format:** Email | | **Expiration Date:** February 14, 2011 | |
| **Web Full Archives** | **Web Standard** | **Email** | **Print Edition** |
| ☐  $2,340 | ☐  $1,970 | ☐  $2,250 | ☐  $2,685 |

**Bill to:**
Order #2667189
EBSCO Subscription Services
PO Box 1943
Birmingham AL  35201-1943

**Ship to:**
PO#B5967447
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
15th Fl.
Los Angeles CA  90071-1655

E-Mail Address (Required for Web and E-Mail Subscriptions): orderassist@ebsco.com
Methods of Payment:
**Credit Card Information:**

_____    _____    _____
MC/VISA/AMEX CARD NO.          EXPIRATION DATE         SIGNATURE

*Please note new Account number below for Wire Transfer Payments as of August 2009!*

**Checks:** (send to)
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

**Wire Transfers:**

**Please include above order number to ensure payment is applied to correct account.**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown on the reverse side of this notice.**

December 19, 2011

Order #2757623/MR2
EBSCO Subscription Services
PO Box 1943
Birmingham AL 35201-1943
PO#B5967447

Dear EBSCO Subscription Services,

Your subscription to "**Natural Gas Week**" is scheduled to expire **February 13, 2012**. To ensure there are no interruptions in our service to you, please take a brief moment to complete the attached form and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal promptly.

Please don't hesitate to contact me if you have any questions about your renewal or about the upgraded services we are now providing you through our recently redesigned website.

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

*Please correct name, e-mail and address if necessary and return this portion with your payment.  MR2*

| **Publication:** Natural Gas Week | | **Frequency:** Weekly - Monday | |
|---|---|---|---|
| **Current Format:** Email | | **Expiration Date:** February 13, 2012 | |
| **Web Full Archives** | **Web Standard** | **Email** | **Print Edition** |
| ☐ $2,700 | ☐ $2,128 | ☐ $2,430 | ☐ $4,100 |

Bill to:
Order #2757623
EBSCO Subscription Services
PO Box 1943
Birmingham AL 35201-1943

Ship to:
PO#B5967447
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
15th Fl.
Los Angeles CA 90071-1655

E-Mail Address (Required for Web and E-Mail Subscriptions): orderassist@ebsco.com

Methods of Payment:
**Credit Card Information:**

_____   _____   _____
MC/VISA/AMEX CARD NO.            EXPIRATION DATE       SIGNATURE

_____              _____
CARD HOLDER NAME                            COMPANY NAME (if company card)

**Checks: (send to)**
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

**Wire Transfers:**

**Please include above order number to ensure payment is applied to correct account.**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown on the reverse side of this notice.**

January 4, 2013

Invoice/Order Number: **2956073**

Terms: Due upon receipt

**Bill To:**
EBSCO Subscription Services
PO Box 1943
Birmingham AL  35201-1943

**Shipped to:**
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
15th Fl.
Los Angeles CA  90071-1655

# INVOICE

| EIG Services: | Price Category | Amount |
|---|---|---|
| Publication: **"Natural Gas Week"** | Price: <br> ============ | $2,700.00 <br> ========== |
| Delivery Method & Frequency: **Email - PDF - 52 issues** | Subtotal: | $2,700.00 |
| Number of Authorized Users: **1 User(s)** | **Total Amount Due:** | $2,700.00 |
| Name of Authorized User: **Ms. Florisa Arroyo** | | |
| PO Number: **PO#B5967447** | | |
| Subscription Status: Is there a problem? We have not received your payment. | | |
| **Payment Information:** To pay by credit card, complete this form with payment information and return to the address above, fax to 212-532-4479, call us at 212-532-1112 or email us at subscriptions@energyintel.com | | |

You can't afford to lose the advantage you get with **"Natural Gas Week"**
================================================================

**Payment Coupon:**
To ensure proper credit is applied, please return this portion with your remittance:

Publication:  **"Natural Gas Week"**                         Expiration Date: **February 10, 2014**

Invoice/Order Number: **2956073**                              Total amount due: **$2,700.00**

**By payment of this invoice and/or use of EIG Services, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's terms and conditions shown on the reverse side of this invoice.**

**Methods of Payment:**
**Credit Card Information:**

_____       _____       _____
MC/VISA/AMEX CARD NO.                    EXPIRATION DATE          SIGNATURE

_____       _____
CARD HOLDER NAME                          COMPANY NAME (if company card)

Checks: (send to)                         Wire Transfers:
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

**Please include above order number to ensure payment is applied to correct account.**

January 22, 2014

Order #2956073/MR2
EBSCO Subscription Services
PO Box 1943
Birmingham AL  35201-1943
PO#B5967447

Dear EBSCO Subscription Services,

Your subscription to "**Natural Gas Week**" is scheduled to expire **March 24, 2014**. To ensure there are no interruptions in our service to you, please take a brief moment to complete the attached form and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal promptly. Please note prices are subject to change without notification.

Please don't hesitate to contact me if you have any questions about your renewal or about the upgraded services we are now providing you through our recently redesigned website.

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

*Please correct name, e-mail and address if necessary and return this portion with your payment.*   **MR2**

| Publication: Natural Gas Week | | Frequency: Weekly - Monday | |
|---|---|---|---|
| Current Format: Email | | Expiration Date:   March 24, 2014 | |
| Number of Authorized Users:  1 | | Authorized User: Ms. Florisa Arroyo | |
| **Web Full Archives** | **Web Standard** | **Email** | **Print Edition** |
| ☐  $3,495 | ☐  $2,995 | ☐  $2,995 | ☐  $4,495 |

**Texas Subscriber:** If you are a subscriber in the state of Texas, we are required by the Texas Comptroller of Public Accounts Dept. to charge you Texas Sales Tax. This sales tax is reflected in the amount above and is calculated at 8.25% of 80% of the total price or 6.6%. If you are not required to remit sales tax, please furnish a Direct Pay Exemption or Resale Certificate.

**Bill to:**
Order #2956073
EBSCO Subscription Services
PO Box 1943
Birmingham AL  35201-1943

**Ship to:**
PO#B5967447
Ms. Florisa Arroyo
Union Bank of CA
445 South Figueroa St.
15th Fl.
Los Angeles CA  90071-1655

E-Mail Address (Required for Web and E-Mail Subscriptions): orderassist@ebsco.com

Methods of Payment:
**Credit Card Information:**

_____      _____      _____
MC/VISA/AMEX CARD NO.                    EXPIRATION DATE           SIGNATURE


_____      _____
CARD HOLDER NAME                               COMPANY NAME (if company card)

**Checks:  (send to)**                                         **Wire Transfers:**
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

**Please include above order number to ensure payment is applied to correct account.**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown on the reverse side of this notice.**